UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
CASE NO: 3:12-CV-350-JGH

| | | |
|---|---|---|
| **DARLENE WHALEY** | ) | PLAINTIFF |
| | ) | |
| vs. | ) | |
| | ) | |
| **DENNY'S, INC.** | ) | DEFENDANT |

## NOTICE OF ENTRY OF APPEARANCE

Please take notice that Susan C. Sears and Emily H. Morris of the law firm of Littler Mendelson, P.S.C., whose professional address is listed below, hereby enter their appearance as counsel of record for Defendant Denny's, Inc., in the above-referenced matter.

Respectfully submitted,

/s/ Susan C. Sears
Susan S. Sears
ssears@littler.com
Emily H. Morris
emorris@littler.com
LITTLER MENDELSON, P.S.C.
333 West Vine Street, Ste. 1600
Lexington, KY 40507
Telephone: 859.317.7970

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on July 13, 2012, I served the foregoing Notice of Appearance of Counsel via the Court's electronic filing system upon the following through the electronic filing system:

Edward I. Zwilling
Schwartz Roller & Zwilling, LLP
600 Vestavia Parkway, Suite 251
Birmingham, AL  35216

Jerry N. Higgins
Law Office of Jerry N. Higgins, PLLC
3426 Paoli Pike
Floyds Knobs, IN  47119

                                                */s/ Susan C. Sears*
                                                Susan C. Sears

Firmwide:113015909.1 053063.1045