UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | | |
|---|---|---|
| **DARLENE WHALEY** | ) | PLAINTIFF |
| | ) | |
| vs. | ) | |
| | ) | CASE No:  3:12-cv-350-H |
| | ) | |
| **DENNY'S, INC.** | ) | |
| | ) | DEFENDANT |
| | ) | |

## JOINT MOTION TO STAY

Plaintiff, Darlene Whaley, by counsel, and Denny's Inc., by counsel, jointly request that the Court stay proceedings in this matter for a period of ninety (90) days. In support of this Motion, the parties respectfully state as follows:

1. This is a claim brought pursuant to Title III of the Americans with Disabilities Act (ADA) seeking removal of alleged barriers to access at the Denny's, Inc.

2. The parties have discussed, and are interested in exploring, the possibility of early resolution of some or all of the claims in the case.  In order to determine the feasibility of resolving the claims in this matter, the parties have agreed to meet at the subject property in the near future with one or more ADA consultants as a first step in their efforts to negotiate a resolution of the claims raised in Plaintiff's complaint outside of these legal proceedings.

3. Accordingly, and for the purpose described herein, the parties request that this matter be stayed for a period of ninety (90) days.  The parties

are willing to file a status report with the Court after forty-five (45) days, if the Court pleases. Should this matter not be fully resolved within that time period, the parties shall file a joint status report before the expiration of the ninety (90) day stay.

4. This motion is not interposed for purposes of delay, but rather to avoid potentially unnecessary litigation, and the expenses thereof, as the parties continue to work toward a collaborative resolution.

Respectfully submitted this the 13th day of July, 2012.

Susan C. Sears, Esq.
Emily H. Morris, Esq.
333 West Vine Street, Suite 1620
Lexington, Kentucky 40507
Direct Dial: 859-317-7977
Facsimile: 859-422-6747
Email: ssears@littler.com

By:   */s/ Susan C. Sears*
        Susan C. Sears

Edward I. Zwilling
ASB-1564-L54E
Schwartz Zweben, LLP
600 Vestavia Parkway, Suite 251
Birmingham, Alabama 35216
Telephone: (205) 822-2701
Facsimile:    (205) 822-2702
Email:   ezwilling@szalaw.com


By:   */s/ Edward Zwilling*
        Edward Zwilling (with permission)

Firmwide:113056761.1 053063.1045