UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
CASE NO:  3:12-CV-350-H

| | | |
|---|---|---|
| **DARLENE WHALEY** | ) | PLAINTIFF |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | |
| **DENNY'S, INC.** | ) | DEFENDANT |
| | ) | |

## DEFENDANT DENNY'S, INC. RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Defendant, Denny's, Inc., pursuant Fed. R. Civ. P. 7.1, hereby states that it is a wholly-owned subsidiary of Denny's Corporation, which is a publicly traded company.

Respectfully submitted this the 16th day of July, 2012.

/s/ Susan C. Sears
Susan S. Sears
ssears@littler.com
Emily H. Morris
emorris@littler.com
LITTLER MENDELSON, P.S.C.
333 West Vine Street, Ste. 1600
Lexington, KY 40507
Telephone: 859.317.7970

*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 16, 2012, I served the foregoing Notice of Appearance of Counsel via the Court's electronic filing system upon the following through the electronic filing system:

Edward I. Zwilling
Schwartz Roller & Zwilling, LLP
600 Vestavia Parkway, Suite 251
Birmingham, AL  35216

Jerry N. Higgins
Law Office of Jerry N. Higgins, PLLC
3426 Paoli Pike
Floyds Knobs, IN  47119

                                              */s/ Susan C. Sears*
                                              Susan C. Sears

Firmwide:113176265.1 053063.1045